NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

BRIAN SEBASTIAN SCIARA ,
Debtor(s)

SHELLEY D. KROHN
Plaintiff(s)

vs

BRIAN SEBASTIAN SCIARA
GLENN H. TRUITT
Defendant(s)

BRIAN SEBASTIAN SCIARA
Appellant(s)

vs

SHELLEY D. KROHN CHAPTER 7 TRUSTEE et al
Appellee(s)

BK−23−13265−abl
CHAPTER 7

Adversary Proceeding: 24−01121−abl

Appeal Reference Number: 26−28

NOTICE OF REFERRAL
OF APPEAL TO
UNITED STATES DISTRICT COURT

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by BRIAN SEBASTIAN SCIARA with the Clerk of the Bankruptcy Court on 9/3/26.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 9/5/26

Dan Owens
Dan Owens
Clerk of Court